UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENTE BURGOS LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>ORESTES CRUZ, et al.,<br><br>Respondents. | No. 1:26-cv-00514-DAD-SCR<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. No. 10) |

Petitioner Clemente Burgos Lopez is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 12, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 10.) Specifically, the magistrate judge found that the applicable statutory authority for petitioner's detention is 8 U.S.C. § 1226(a) and that the appropriate relief is to grant a bond hearing in consideration of the discretionary detention framework of § 1226(a) and the absence of any prior release. (*Id*. at 4–7.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within

1

seven (7) days after service. (*Id.* at 8.) On February 18, 2026, respondents filed their objections to the pending findings and recommendations. (Doc. No. 11.) The court observes that respondents' arguments in their objections rest entirely on "the reasons set forth in Respondents' previous briefing." (*Id.* at 1.) These arguments were already evaluated and properly rejected in the assigned magistrate judge's well-reasoned findings and recommendations. Accordingly, respondents' objections provide no basis on which to decline adopting the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on February 12, 2026 (Doc. No. 10) are ADOPTED IN FULL;

2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

    a. Respondents are ORDERED to provide petitioner a bond hearing before an immigration judge within seven (7) days of the date of entry of this order, and file notice certifying compliance with this order within three (3) days of the bond hearing;

3. The Clerk of the Court is directed to ENTER judgment in favor of petitioner; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 26, 2026**

*[signature]*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE