UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEMENTE BURGOS LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>ORESTES CRUZ, et al.,<br><br>Respondents. | No.  1:26-cv-00514-DAD-SCR<br><br><br>ORDER RELATING AND REASSIGNING, CASES |
| CLEMENTE BURGOS LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,<br><br>Respondent. | No.  1:26-cv-04846-TLN-CSK<br><br>**New Case No.  1:26-cv-04846-DAD-SCR** |

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a).  Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases.  The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher

1

numbered cases to himself or herself, upon determining that this assignment is likely save judicial effort.  L.R. 123(c).  Such good cause appearing here, the court orders that Case No. 1:26-cv-04846-TLN-CSK is reassigned to the undersigned and Magistrate Judge Sean C. Riordan.  The caption on documents filed in the reassigned case shall be shown as:  1:26-cv-04846-DAD-SCR.

It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.  In addition, with regard to petitioner's pending motion for temporary restraining order, respondents are DIRECTED to file the immigration judge's order issued following the alleged March 17, 2026 bond hearing with this court by July 1, 2026 at 5 p.m.

IT IS SO ORDERED.

Dated:   **June 30, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE